UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                Case. No. 1:12cr50

Waylon Hale,                      Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment to the Western Division (Dayton).

**IT IS SO ORDERED.**

                                            *S/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge